**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 2 8 2015

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) NO. 3:15-00182 _____
v. )
) 26 U.S.C. § 5841
) 26 U.S.C. § 5861 (d)
JERRY CHRISTOPHER BOSTICK ) 26 U.S.C. § 5871

# INDICTMENT

THE GRAND JURY CHARGES:

On or about November 5, 2012, in the Middle District of Tennessee, **JERRY CHRISTOPHER BOSTICK** knowingly possessed firearms as defined by Title 26, United States Code, Section 5845(a), that is, (1) a U.S. Guide Lamp, model M3, .45 caliber sub-machinegun; and (2) a German, model MP-40, 9mm sub-machinegun, not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

███████████████████████
FOREPERSON

_____
DAVID RIVERA
UNITED STATES ATTORNEY

_____
JOSEPH PAUL MONTMINY
ASSISTANT UNITED STATES ATTORNEY