# MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. __JERRY CHRISTOPHER BOSTIK__
CRIMINAL CASE NO. __3:15-00182__    RECORDING: __12nov15__
GOVERNMENT ATTORNEY: __JOSEPH MONTMINY__
DEFENDANT'S ATTORNEY: __ALEX LITTLE (Retained)__
PROBATION/PRETRIAL SERVICES OFFICER: __VIDETTE PUTMAN__ Laminta Poe for
INTERPRETER: _____ LANGUAGE: _____

**INITIAL HEARING HELD** __11/12/15__    Defendant Arrested/**Summons**: __11/12/15__
    Defendant has a copy of and was advised of contents of:
        ____ Complaint    **X** Indictment    ____ Other
        ____ Information    ____ Supervised/Pretrial Release Petition

  **X**   Defendant advised of constitutional rights
  ____ Defendant advised of right to preliminary hearing
  ____ Defendant advised of right to revocation hearing
  ____ Financial Affidavit filed
  ____ Federal Public Defender Appointed
  ____ Government filed Motion for Detention
  ____ Defendant temporarily detained pending a hearing
  ____ Defendant is in State/Federal custody
  ____ Defendant appeared on summons and is free to leave pending revocation hearing
  **X**   Defendant released on __11/12/15__ Bond/**Conditions of Release**

**PRELIMINARY/IDENTITY HEARING HELD:** _____ WAIVED: _____
    Defendant: ____ Bound Over    ____ Discharged
                  ____ Held to Answer in District of Prosecution
                  ____ Held for Revocation Hearing

**DETENTION HEARING HELD:** _____ WAIVE & RESERVE RIGHT _____
    Bond set at: _____ Released on: _____
    Defendant detained until trial/revocation hearing, order to enter: _____

**GRAND JURY WAIVED IN OPEN COURT:** _____
**ARRAIGNMENT HELD:** __11/12/15__    WAIVED: _____
    Defendant acknowledges he/she has a copy of Indictment/Information: **X**
    Waives reading thereof: __X__    PLEA: GUILTY   **NOT GUILTY**
Intends to plead guilty and referred to District Judge: _____
**Defendant consented to trial before Magistrate Judge:** _____

**ARRAIGNMENT/PRELIMINARY/DETENTION HEARING CONTINUED TO:** _____

**PROCEEDINGS BEFORE MAGISTRATE JUDGE:** BROWN    BRYANT    HOLMES    **KNOWLES**

TIME: __5__ minute(s)