REV 01/17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:15-cr-00182

UNITED STATES OF AMERICA

V.

JERRY BOSTICK

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: July 6, 2017

Location: ☒ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Joseph P. Montminy, Ahmed A. Safeeullah

Defense Attorney(s): Edward Yarbrough, J. Alex Little

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☒
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Pretrial conference held. The Court reviewed jury trial procedures and ruled on pending motions. Jury trial to proceed on 7/18/2017. Order to enter.

Total Time in Court: 45 mins.

KEITH THROCKMORTON, Clerk
by: Althea F. Straughter