# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|    Plaintiff, | ) | Case No. 3:15-cr-00182 |
| | ) | |
| v. | ) | The Honorable Waverly Crenshaw |
| | ) | U.S. District Court Judge |
| JERRY CHRISTOPHER BOSTICK, | ) | |
|    Defendant. | ) | |

## MOTION FOR CHANGE OF PLEA AND TO SET DATE

Comes now the Defendant, Jerry Christopher Bostick, by and through counsel, and respectfully moves the court for permission to change his plea of "not guilty" to a plea of "guilty" to the one count in the Indictment in this case and to set the plea for hearing at the Court's convenience.

Respectfully submitted,

By: /s/Edward M. Yarbrough

J. ALEX LITTLE (TN BPR. # 029858)
EDWARD YARBROUGH (TN BPR # 4097)
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Telephone: (615) 238-6300
eyarbrough@bonelaw.com

*Counsel for Jerry Christopher Bostick*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ Edward M. Yarbrough
EDWARD M. YARBROUGH
*Counsel for Jerry Christopher Bostick*