UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:15-cr-00182 |
| ) | CHIEF JUDGE CRENSHAW |
| JERRY CHRISTOPHER BOSTICK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Unopposed Motion to Reset Sentencing Hearing (Doc. No.86) is **GRANTED**. The sentencing hearing currently scheduled for November 16, 2017, is reset for **January 16, 2018**, at 1:30 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE